B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
### Eastern District of Louisiana

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Z Bayou, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-3175801** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5131 Citrus Blvd., #157**<br>**New Orleans, LA**<br>ZIP Code **70123** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Z Bayou, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>      Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Z Bayou, LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

**X** **/s/ Leo D. Congeni**
Signature of Attorney for Debtor(s)

**Leo D. Congeni 25626**
Printed Name of Attorney for Debtor(s)

**Congeni Law Firm, LLC**
Firm Name

**424 Gravier St.**
**New Orleans, LA 70130**
Address

**Email: leo@congenilawfirm.com**
**(504) 522-4848**
Telephone Number

**September 10, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David Bullard**
Signature of Authorized Individual

**David Bullard**
Printed Name of Authorized Individual

**Member(s)**
Title of Authorized Individual

**September 10, 2014**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **Z Bayou, LLC**                    Case No.
                          Debtor(s)        Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Adam Walls**<br>17629 Simpson Road<br>Prairieville, LA 70769 | **Adam Walls**<br>17629 Simpson Road<br>Prairieville, LA 70769 | **Film Crew** | **Disputed** | **4,020.00** |
| **Adriane Bennett**<br>2324 Westwood Ct.<br>Baton Rouge, LA 70816 | **Adriane Bennett**<br>2324 Westwood Ct.<br>Baton Rouge, LA 70816 | **Film Crew - Wardrobe** | | **3,000.00** |
| **Allen Parks**<br>1950 Moss Street<br>New Orleans, LA 70119 | **Allen Parks**<br>1950 Moss Street<br>New Orleans, LA 70119 | **Film Crew - Gaffer** | | **3,360.00** |
| **Bailey Domke**<br>1125 N. Rampart St., Apt. 1<br>New Orleans, LA 70116 | **Bailey Domke**<br>1125 N. Rampart St., Apt. 1<br>New Orleans, LA 70116 | **Film Crew** | **Disputed** | **3,419.00** |
| **Chris Menage** | **Chris Menage** | **Film Crew** | | **3,000.00** |
| **David Bush** | **David Bush** | **Film Crew** | | **2,700.00** |
| **Edward Joseph Colwell**<br>21201 Kittridge St., #8403<br>Woodland Hills, CA 91303 | **Edward Joseph Colwell**<br>21201 Kittridge St., #8403<br>Woodland Hills, CA 91303 | **Film Crew** | **Disputed** | **7,425.00** |
| **John Richoux**<br>2239 General Pershing<br>New Orleans, LA 70115 | **John Richoux**<br>2239 General Pershing<br>New Orleans, LA 70115 | **Film Crew - Production Designer** | **Disputed** | **4,100.00** |
| **Joseph Cassano**<br>435 Pacific Avenue<br>New Orleans, LA 70114 | **Joseph Cassano**<br>435 Pacific Avenue<br>New Orleans, LA 70114 | **Film Crew - Key Grip** | | **3,541.66** |
| **Kevin Anderson** | **Kevin Anderson** | **Film Crew** | | **3,001.00** |
| **Lakehouse Catering**<br>2025 Lakeshore Drive<br>Mandeville, LA 70448 | **Lakehouse Catering**<br>2025 Lakeshore Drive<br>Mandeville, LA 70448 | **Vendor - On-site Catering** | **Disputed** | **6,400.00** |
| **Laura Avey** | **Laura Avey** | **Film Crew** | | **3,001.00** |
| **Lesley Rodriguez**<br>322 S. Scott Street<br>New Orleans, LA 70119 | **Lesley Rodriguez**<br>322 S. Scott Street<br>New Orleans, LA 70119 | **Film Crew - Key Makeup** | | **3,000.00** |

B4 (Official Form 4) (12/07) - Cont.
In re **Z Bayou, LLC**                                                                 Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Michael Russo** **101 Beverly Drive** **Baton Rouge, LA 70806** | **Michael Russo** **101 Beverly Drive** **Baton Rouge, LA 70806** | **Film Crew - Sound Mixer** | | **2,700.00** |
| **Michael Russo** **101 Beverly Drive** **Baton Rouge, LA 70806** | **Michael Russo** **101 Beverly Drive** **Baton Rouge, LA 70806** | **Vendor - Sound Equipment (Loss / Damages)** | **Disputed** | **4,600.00** |
| **Patrick Roig** **1629** **Orchard Drive** **Harvey, LA 70058** | **Patrick Roig** **1629** **Orchard Drive** **Harvey, LA 70058** | **Film Crew** | **Disputed** | **3,055.00** |
| **Peter Holland** **c/o Protea Group International** **Claudia Iuhasz** **23975 Park Sorrento, Suite 365** **Calabasas, CA 91302** | **Peter Holland** **c/o Protea Group International** **Claudia Iuhasz** **Calabasas, CA 91302** | **Film Crew - DP** | | **3,500.00** |
| **Thomas Hebert** **714 Forstall St.** **New Orleans, LA 70117** | **Thomas Hebert** **714 Forstall St.** **New Orleans, LA 70117** | **Film Crew** | **Disputed** | **3,003.00** |
| **Tim Jarvis** **3918 Canal Street** **New Orleans, LA 70119** | **Tim Jarvis** **3918 Canal Street** **New Orleans, LA 70119** | **Film Crew** | **Unliquidated** | **5,200.00** |
| **VER Camera** **912 Ruberta Avenue** **Glendale, CA 91201** | **VER Camera** **912 Ruberta Avenue** **Glendale, CA 91201** | **Vendor - Camera Rental** | **Disputed** | **9,128.16** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member(s) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 10, 2014**                   Signature   **/s/ David Bullard**
                                                          **David Bullard**
                                                          **Member(s)**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Louisiana

In re: **Z Bayou, LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Bullard**<br>**5131 Citrus Blvd., #157**<br>**New Orleans, LA 70123** | | **50%** | **member** |
| **Spencer F. Lee**<br>**111 West Standard Reed Rd.**<br>**West Monroe, LA 71291** | | **50%** | **member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member(s) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 10, 2014**         Signature  **/s/ David Bullard**
                                                **David Bullard**
                                                **Member(s)**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

.

444 Camera
1201 N. Al Davis Road
Harahan, LA 70123


Adam Walls
17629 Simpson Road
Prairieville, LA 70769


Adriane Bennett
2324 Westwood Ct.
Baton Rouge, LA 70816


Alexander T. Cardosi
2615 Burgundy Street
New Orleans, LA 70117


Allen Parks
1950 Moss Street
New Orleans, LA 70119


Amanda Brignal
128 Coventry Court
New Orleans, LA 70123


Amelia Parr
14527 Brightview Court
Baton Rouge, LA 70819


April Melerine
121 W. Esplanade Ave., G104
Kenner, LA 70065


Bailey Domke
1125 N. Rampart St., Apt. 1
New Orleans, LA 70116


Ben Miller
2615 Burgundy Street
New Orleans, LA 70117


Brooke Peoples

Bryce Marshall
3000 Magazine St., Apt. 205
New Orleans, LA 70115

Cammy Crocket
3901 N. I-10 Service Road, Apt. G350
Metairie, LA 70002

Charles Lucia
613 N. Alexander Street
New Orleans, LA 70119

Chris Menage

Christian Coody
8538 Highcrest Drive
Baton Rouge, LA 70809

Clay Achee
305 S. Carrollton Avenue
New Orleans, LA 70119

Cora Smith
452 Fairmont Street
Harvey, LA 70058

Cutler Gultry
508 Compromise Street
Kenner, LA 70062

Danny Epper
1360 W. Esplanade Avenue
Kenner, LA 70065

Dave Stevens
3513 Lime Street
Metairie, LA 70006

David Bush

DistantEightyGrips, LLC
c/o Barry Williamson
815 Dante Street
New Orleans, LA 70118


Edward Joseph Colwell
21201 Kittridge St., #8403
Woodland Hills, CA 91303


Eric Meyers, Jr.
909 Sharon Street
Denham Springs, LA 70726


Erroll B. Jackson
719 Newton Street
New Orleans, LA 70114


Galloway, Johnson Thompkins,
Burr & Smith, APLC
c/o Andrea L. Albert, Director
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471


Garrett Polizzi
1750 Marina Drive, #301
Slidell, LA 70458


Gregg A. Marion
708 Weiblen Place
New Orleans, LA 70124


Haley Goldsman



Heather Heidman
2212 McLean Avenue
Trophy Club, TX 76262


Heidi Bayer
422 Fairmont Street
Harvey, LA 70058


Hollywood Trucks
800 Richard Street
New Orleans, LA 70130

Houston B. Franklin
325 Harney Street
New Orleans, LA 70124

Hunter Moore
1024 Tensas Drive, Apt. C
Harvey, LA 70058

Ian Lynch
258 Vallette Street
New Orleans, LA 70114

Jim Stephan

John Richoux
2239 General Pershing
New Orleans, LA 70115

John Sudol
8511-B Oliver Avenue
Baton Rouge, LA 70809

Jose Figueroa Baez
3402 Dryades Street, Apt. B
New Orleans, LA 70115

Joseph Borne
423 Olive Drive
Slidell, LA 70458

Joseph Cassano
435 Pacific Avenue
New Orleans, LA 70114

Joshua Dean
6826 Veterans Blvd., Apt. 310
Metairie, LA 70003

Kelly O'Conolly
410 Nashville Ave., Apt. A
New Orleans, LA 70115

Kera Kelch
771 Buck Run
Pearl River, LA 70452


Kevin Anderson


Kevin Mart
2227 Lambronne Street, Apt. A
New Orleans, LA 70118


Kristen Miller
4932 Ithaca Street
Metairie, LA 70006


Lakehouse Catering
2025 Lakeshore Drive
Mandeville, LA 70448


Laura Avey


Lawrence Barratini
701 Poydras Street, Suite 126
New Orleans, LA 70139


Lesley Rodriguez
322 S. Scott Street
New Orleans, LA 70119


Leslie Saubat
147 Rue Landry
Saint Rose, LA 70087


Linda Traxler
1919 Cypress Creek Rd., #138
River Ridge, LA 70123


Luciano Flores
812 Lawrence Drive
Gretna, LA 70056

```
Luther Speight, CPA
1100 Poydras St., #2900
New Orleans, LA 70163


Martin Productions



Megan Thobe
2615 Burgundy Street
New Orleans, LA 70117


Michael Russo
101 Beverly Drive
Baton Rouge, LA 70806


Mock & Associates, LLC
Southern Cinema Tax Services, LLC
c/o Clint D. Mock, CPA, MFC, CCC
10000 Celtic Drive, Suite 203
Baton Rouge, LA 70809


Moons Towing
P.O. Box 331
Westwego, LA 70094


Patrick Roig
1629
Orchard Drive
Harvey, LA 70058


Paul Lappin
1018 Phosphor Avenue
Metairie, LA 70005


Peter Holland
c/o Protea Group International
Claudia Iuhasz
23975 Park Sorrento, Suite 365
Calabasas, CA 91302


Provosty & Gankendorff, LLC
c/o Christophe Bela Szapary
650 Poydras Street, Suite 2700
New Orleans, LA 70130
```

```
Randi Strong
5842 Tujunga
North Hollywood, CA 91601


Ray Meibaum
2227 S. Gayoso Street
New Orleans, LA 70125


Renee Ramos
426 Georgetown Drive
Kenner, LA 70065


Robert Morrison
4715 Western Street
New Orleans, LA 70122


Robert Shambo
12k0 N. Bernadotte Street
New Orleans, LA 70119


Ryan Ward
1027 Aliar Street
New Orleans, LA 70117


Sable Mongol
1823 Magazine Street, Apt. A
New Orleans, LA 70130


Samuel Barill
4114 Prytania St., Apt. 1
New Orleans, LA 70115


Sergio Villegas
422 Fairmont Street
Harvey, LA 70058


Sterling Wiggins
119 Fremont Street
New Orleans, LA 70124


Suzanne Chambliss
9271 Eagle Nest Avenue
Denham Springs, LA 70706
```

Thomas Hebert
714 Forstall St.
New Orleans, LA 70117

Tim Jarvis
3918 Canal Street
New Orleans, LA 70119

Tim Osteen

Toni Weick
1720 Gentilly Blvd.
New Orleans, LA 70119

Trenton McRae
211 Papworth Avenue
Metairie, LA 70005

VER Camera
912 Ruberta Avenue
Glendale, CA 91201

Wells A. Smith
1512 Four Mile Bayou Road
Morgan City, LA 70380

Zack Goldstein

# United States Bankruptcy Court
## Eastern District of Louisiana

In re **Z Bayou, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Z Bayou, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 10, 2014**  
Date

**/s/ Leo D. Congeni**  
**Leo D. Congeni 25626**  
Signature of Attorney or Litigant  
Counsel for **Z Bayou, LLC**  
**Congeni Law Firm, LLC**  
**424 Gravier St.**  
**New Orleans, LA 70130**  
**(504) 522-4848**  
**leo@congenilawfirm.com**